**Northern Trust Company, administrator of the estate of Mary F. Swartz, deceased, et al., appellees, v. John E. Swartz et al., appellants. Gen. No. 27,090.**
Suit to set aside gifts of bonds on ground of mental incompetency of donor. Decree for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded with directions. Opinion filed January 10, 1923.
M. D. Dolan and Thomas E. D. Bradley, for appellants. Ashcraft & Ashcraft, for appellees; Carroll J. Lord, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Florence Gehrke, appellee, v. Tony Gruba, appellant. Gen. No. 27,253.**
Bastardy proceeding. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.
Schulze & McCarthy, for appellant. Robert E. Crowe, for appellee; Edward E. Wilson and Clyde C. Fisher, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Joseph J. Schneider, administrator of the estate of Walter Giltzow, deceased, appellee, v. John E. James et al., on appeal of John E. James, appellant. Gen. No. 27,271.**
Action for personal injuries caused by defendants negligently driving an automobile past a standing street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed January 10, 1923.
J. S. Dudley, for appellant. Abram Mabie and A. H. Ranes, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Butler Candy Company, appellant, v. Milton J. Sabath, trading as Sabath Candy Company, appellee. Gen. No. 27,296.**
. Action for a sum due for candy sold and delivered. Judgment for defendant on his plea of payment. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and judgment here. Opinion filed January 10, 1923.
Albert L. Hall, for appellant. No appearance for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.